IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES "CHED" MACQUIGG,

    Plaintiff,

v.                                                                 Cause No. 1:12-cv-01137 MCA-WDS

The ALBUQUERQUE PUBLIC
SCHOOLS BOARD OF EDUCATION,
MARTIN ESQUIVEL, in his individual
capacity, DAVID ROBBINS, in his
individual capacity, WINSTON
BROOKS, in his individual capacity,
STEVE TELLEZ, in his individual
capacity, MONICA ARMENTA, in her
individual capacity, RIGO CHAVEZ, Records
Custodian,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE