## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHARLES "CHED" MACQUIGG,

      Plaintiff,

v.                                                         Cause No. 1:12-cv-01137 MCA-WDS

The ALBUQUERQUE PUBLIC
SCHOOLS BOARD OF EDUCATION,
MARTIN ESQUIVEL, in his individual
capacity, DAVID ROBBINS, in his
individual capacity, WINSTON
BROOKS, in his individual capacity,
STEVE TELLEZ, in his individual
capacity, MONICA ARMENTA, in her
individual capacity, RIGO CHAVEZ, Records
Custodian,

      Defendants.

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in

compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case

was assigned to a "**standard**" track classification.  As a result of the status conference held January

9, 2013, good cause having been found, the termination date for discovery is **August 12, 2013** and

discovery shall not be reopened, nor shall case management deadlines be modified, except by an

order of the Court upon a showing of good cause.  This deadline shall be construed to require that

discovery be <u>completed </u>on or before the above date.  Service of interrogatories or requests for

production shall be considered timely only if the responses are due prior to the deadline.  A notice

to take deposition shall be considered timely only if the deposition takes place prior to the deadline.

The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions

for protective order) shall be filed with the Court and served on opposing parties by **September 2,**

**2013.**  See D.N.M.LR-Civ 7 for motion practice requirements and timing of responses and replies.

This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **June 19, 2013**. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **July 2, 2013.**

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **September 12, 2013**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely. If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows:  Plaintiff to Defendant on or before **October 28, 2013**;  Defendant to Court on or before **November 11, 2013**. Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial.  Any exceptions thereto must be upon order of the Court for cause shown.

IT IS SO ORDERED.

_____
**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**