IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES "CHED"  MACQUIGG,

        Plaintiff,

vs.                                       Civ. No. 12-1137 MCA/KBM

THE ALBUQUERQUE PUBLIC
SCHOOLS BOARD OF EDUCATION,
*et al.*,

        Defendants.

## ORDER ON ORDER TO SHOW CAUSE

        This matter came before the Court on October 9, 2014 upon the Court's Order to Show Cause. [Doc. 133]  The Court, having considered Plaintiff's Response [Doc. 134] and otherwise being fully advised, declines to exercise supplemental jurisdiction over Plaintiff's state law causes of action.

        **WHEREFORE, IT HEREBY IS ORDERED** that Counts VII and VIII of Plaintiff's Amended Complaint [Doc. 22] are **dismissed without prejudice**.

        **So ordered this 12th day of March, 2015.**

_____
M. CHRISTINA ARMIJO
Chief United States District Judge